MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, Nevada 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com

Counsel for Plaintiffs
Stage Call Corp. and
Great West Casualty Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STAGE CALL CORPORATION., an Arizona corporation; and GREAT WEST CASUALTY COMPANY, a Nebraska corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>RASCAL FLATTS TOURING, INC.; DOES I - X, inclusive, and ROE BUSINESS ENTITIES I – X, inclusive;<br><br>Defendants. | CASE NO: 2:18-cv-01402-GMN-VCF |

### STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO ANSWER DEFENDANTS COUNTERCLAIM [ECF 10]

Plaintiffs Stage Call Corporation and Great West Casualty Company ("Plaintiffs")

and Defendants Rascal Flatts Touring, Inc., Jay Schwartz, David Shepard and William Knighton ("Defendants") hereby Stipulate that Plaintiffs may have an extension of time in which to file its Answer to Defendants Counterclaim [ECF 10] up to and including October 1, 2018.

Approved as to form:

Dated this 26th day of September 2018

LAXALT & NOMURA, LTD.

DANIEL T. HAYWARD, ESQ.
Nevada Bar No. 005986
9790 Gateway Drive, Suite 200
Reno, NV 89521
Phone: 775-322-1170
Attorneys for Defendants,
Rascal Flatts Touring, Inc, Jay Schwartz,
David Shepard and William Knighton

Dated this 26th day of September 2018

BAUMAN LOEWE WITT & MAXWELL

MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Attorneys for Plaintiffs, Stage Call
Corporation and Great West Casualty
Company

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the Stipulation to Extend hereinabove is hereby Granted.

DATED this 5th day of October, 2018.

~~UNITED STATES DISTRICT COURT JUDGE,~~
UNITED STATES ~~DISTRICT COURT~~ MAGISTRATE JUDGE