MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, Nevada 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com

Attorneys for Plaintiffs/Counter-Defendant, Stage Call Corp. and Great West Casualty Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STAGE CALL CORPORATION., an Arizona corporation; and GREAT WEST CASUALTY COMPANY, a Nebraska corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>RASCAL FLATTS TOURING, INC.; JAY SCHWARTZ, an individual; DAVID SHEPARD, an individual; WILLIAM KNIGHTON, an individual; DOES I - X, inclusive, and ROE BUSINESS ENTITIES I – X, inclusive;<br><br>Defendants. | CASE NO: 2:18-cv-01402-GMN-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| RASCAL FLATTS TOURING, INC.; JAY SCHWARTZ, an individual; DAVID SHEPARD, an individual; WILLIAM KNIGHTON, AN INDIVIDUAL,<br><br>Counterclaimants,<br><br>v.<br><br>STAGE CALL CORPORATION., an Arizona corporation; Doe Individuals, I-X inclusive and Roe Business Entities I-X, inclusive,<br><br>Counterdefendants. | |

## STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED, by Plaintiffs Stage Call Corporation and Great West Casualty Company, Defendants Rascal Flatts Touring, Inc., Jay Schwartz, David Shepard and William Knighton, by and through their undersigned counsel of record, that the above-entitled action including any and all claims, crossclaims, and counterclaims shall be dismissed in its entirety, without prejudice, each party to bear its own attorneys' fees and costs.

Dated this ___ day of February 2019

LLXALT & NOMURA, LTD.

_____
DANIEL T. HAYWARD, ESQ.
Nevada Bar No. 005986
9790 Gateway Drive, Suite 200
Reno, NV 89521
Phone: 775-322-1170
Attorneys for Defendants,
Rascal Flatts Touring, Inc, Jay Schwartz,
David Shepard and William Knighton

Dated this ___ day of February 2019

BAUMAN LOEWE WITT & MAXWELL

_____
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Attorneys for Plaintiffs, Stage Call
Corporation and Great West Casualty
Company

## ORDER

IT IS HEREBY ORDERED, pursuant to the Stipulation of the parties, that the within matter be and hereby is dismissed without prejudice, each party to bear their own costs.

DATED this __14__ day of February, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT